# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  **Case Number: 5:02-cr-22-Oc-10GRJ**

**PURCELL LEE CORBIN**

**USM Number: 43068-018**

Jack R. Maro, Retained
2309 NW 10th Street
Ocala, Florida 34475

_____

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers 3 and 4 of the term of supervision.  The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Positive Urinalysis | February 15, 2007 |
| 4 | Association with a person convicted of a felony | October 20, 2006 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: June 21, 2007

_[signature]_
_____
**UNITED STATES DISTRICT JUDGE**

June 28, 2007

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **14 Months**.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case